UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE, | No. 2:21-cv-1501 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. MARTIN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By findings and recommendations filed September 1, 2021, the undersigned recommended that plaintiff's application to proceed in forma pauperis be denied and plaintiff be ordered to pay the filing fee within thirty days or face dismissal of the case. ECF No. 7. Plaintiff has since paid the required filing fee. In light of plaintiff's payment of the filing fee, the September 1, 2021 Findings and Recommendations will be vacated and the motion to proceed in forma pauperis will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 1, 2021 Findings and Recommendations, ECF No. 7, are VACATED.

////

////

////

1

2. Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is DENIED as moot.

DATED: September 17, 2021.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE